JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORTEZ,<br><br>          Petitioner,<br>    vs.<br><br>F. FIGUEROA, NFCF Warden,<br><br>          Respondent. | Case No. CV 11-5428-JSL (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: Feb. 5, 2013

*/s/ Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1