JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORTEZ, | ) Case No.  CV 11-5428-JSL (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| F. FIGUEROA, NFCF Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: Feb. 5, 2013

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1